UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09CR278 HEA |
| | ) |
| MARIO DARNELL SMITH, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Court will address Defendant's Pro Se Motion to Revoke Speedy Trial Waiver [Doc. #126] on Thursday, August 5, 2010, at 11:30 a.m.

Dated this 29th day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE