UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:09CR278 HEA |
| MARIO DARNELL SMITH, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Return Seized Property, [Doc. No. 143]. The Court conducted a hearing on this Motion on November 18, 2010. For the reasons discussed in open court and on the record, the Motion is denied.

Dated this 10th day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE